The People of the State of New York, Respondent, 
against
Kaiser Ervin, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Heidi C. Cesare, J. at plea; Lyle E. Frank, J. at sentencing), rendered September 19, 2016, convicting him, upon his plea of guilty, of driving while intoxicated per se, and imposing sentence.




Per Curiam.
Judgment of conviction (Heidi C. Cesare, J. at plea; Lyle E. Frank, J. at sentencing), rendered September 19, 2016, affirmed.
The accusatory instrument charging driving while intoxicated per se (see Vehicle and Traffic Law § 1192[2]), was not jurisdictionally defective. Allegations that "the engine was running and the defendant was behind the wheel" satisfied the operation element of the offense (see People v Alamo, 34 NY2d 453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23 NY3d 1059 [2014]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 10, 2019